IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

KENNETH DOST, *et al*,

        Plaintiffs,                          CV-11-270-ST

      v.                                          ORDER

NORTHWEST TRUSTEE SERVICES, INC., *et al*,

        Defendants.

STEWART, Magistrate Judge:

      IT IS ORDERED that plaintiff Kenneth Dost's motion to proceed *in forma pauperis* (docket # 1) is granted. This action may go forward without the payment of fees or costs, but only as to plaintiff Kenneth Dost. Although the Complaint names two other plaintiffs, neither of those plaintiffs have filed motions to proceed *in forma pauperis*. Kenneth Dost, who is not an attorney admitted to practice in this court, cannot represent the other two plaintiffs, and the corporate plaintiff, KWD Design, Inc., can only appear in this court through an attorney.

1 - ORDER

Pursuant to 28 U.S.C. §1915(d), the U.S. Marshal's Office is directed to serve the summons, Complaint and any scheduling orders on the defendants pursuant to Fed. R. Civ. P. 4.

For each defendant named in the action, plaintiff Kenneth Dost is responsible for: (1) completing and submitting to the Clerk's Office an original and one copy of the summons for issuance by the Clerk; (2) providing the Clerk with a copy of the Complaint for service; and (3) completing and submitting instructions for service of process on a form USM285 to the Clerk's Office.

Plaintiff Kenneth Dost is advised that for the corporate defendants, the summons must be addressed to the corporation's registered agent for service.  In addition, as set forth in Ownit Exhibit G attached to the Complaint, defendant Ownit Mortgage Solutions, Inc. filed for bankruptcy, has been dissolved, and had all of its assets transferred to the Ownit Liquidating Trust.  Therefore, it appears that no claim may be pursued against Ownit Mortgage Solutions, Inc.

The summons form and the USM285 form may be obtained on request from the Clerk's Office.  In addition, the summons form is available on the Court's website:

http://ord.uscourts.gov/pro-se-resources/representing-yourself-in-court

The Clerk is directed to issue summons in this case and to forward to the United States Marshal the papers received from plaintiff Kenneth Dost for service of process, including the completed USM285.

DATED this 28th day of March, 2011.

    _/s/  Janice M. Stewart _____
    Janice M. Stewart
    United States Magistrate Judge